UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW CATANZARO and
MICHAEL GARRISON,                           No. 08-11173

       Plaintiffs,                          District Judge Thomas L. Ludington

v.                                          Magistrate Judge R. Steven Whalen

MICHIGAN DEPT. OF CORRECTIONS,

       Defendant.
_____/

## ORDER

Plaintiff Michael Garrison has filed a motion for immediate consideration [Docket #17] of his motion for a temporary restraining order. The undersigned has filed a Report and Recommendation that the requested TRO be denied. Accordingly,

Plaintiff's motion for immediate consideration [Docket #17] is DENIED AS MOOT.

SO ORDERED.

                               S/R. Steven Whalen
                               R. STEVEN WHALEN
                               UNITED STATES MAGISTRATE JUDGE

Dated: December 17, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on December 17, 2008.

                               S/G. Wilson
                               Judicial Assistant