UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW CATANZARO and
MICHAEL GARRISON,                              No. 08-11173

       Plaintiffs,                        District Judge Thomas L. Ludington

v.                                             Magistrate Judge R. Steven Whalen

MICHIGAN DEPT. OF CORRECTIONS,

       Defendant.
                                           /

**ORDER**

Before the Court is Plaintiff Garrison's motion to strike Defendant's motion to dismiss [Docket #69]. This pleading is more appropriately construed as a response to the motion to dismiss, which was filed under Docket #63. However, on June 17, 2009, I issued a Report and Recommendation that the Defendant's motion to dismiss be denied.

Therefore, Plaintiff's motion to strike [Docket #69] is DENIED AS MOOT.

SO ORDERED.

                                           S/R. Steven Whalen
                                           R. STEVEN WHALEN
                                           UNITED STATES MAGISTRATE JUDGE

Dated: June 22, 2009

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 22, 2009.

                                           S/G. Wilson
                                           Judicial Assistant