UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW CATANZARO

      Plaintiff,

v.

MICHIGAN DEPT. OF CORRECTIONS,
et.al.,

      Defendants.
_____/

No. 08-11173

District Judge Thomas L. Ludington

Magistrate Judge R. Steven Whalen

**ORDER**

Plaintiff Matthew Catanzaro, a *pro se* prison inmate, has filed, under Docket #165, a motion to withdraw his motion for a temporary restraining order ("TRO") and preliminary injunction, which was filed under Docket #154. The motion for TRO requested a transfer to a Level I prison facility with a law library. He now states that in fact, he has been transferred to such a facility, rendering his request for a TRO moot.

Accordingly, Plaintiff's Motion to Withdraw [Docket #165] is GRANTED, and his previously filed Motion for TRO and Preliminary Injunction [Docket #154] is terminated.

SO ORDERED.

                        S/R. Steven Whalen
                        R. STEVEN WHALEN
                        UNITED STATES MAGISTRATE JUDGE

Dated: July 20, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 20, 2010.

                                                    S/G. Wilson
                                                  Judicial Assistant